UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                    :

UNITED STATES OF AMERICA              GOVERNMENT'S FORFEITURE
                                                                   :          <u>BILL OF PARTICULARS</u>

           - v. -

                                                   :          12 Cr. 968 (JFK)

LEONARD WOLF,
                                                   :
           Defendant.
                                                   :
------------------------------------------------------------x

             Pursuant to <u>United States</u> v. <u>Grammatikos</u>, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Count One of the Indictment, as alleged in the Forfeiture Allegation and/or the Substitute Assets Provision in the Indictment, includes but is not limited to the following:

         a)         All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 32 Baker Road, Key Largo, FL 33037;

Dated:    New York, New York
              January 17, 2013

                                         Respectfully Submitted,
                                         PREET BHARARA
                                         United States Attorney

                               By:    /s Paul Monteleoni
                                         PAUL MONTELEONI
                                         Assistant United States Attorney
                                         Telephone: (212) 637-2219