**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

UNITED STATES OF AMERICA,

        vs.

LEONARD WOLF,

        Defendant.

_____/

Case No. 1:12-cr-968(JFK)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Declaration of Michael B. Buckley, dated April 22, 2013 and the exhibits annexed thereto; & the accompanying memorandum of law, dated April 22, 2013, Defendant, LEONARD WOLF, by and through his counsel, will move this court, before the Hon. John F. Keenan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY on a date and time to be set by the Court, for an Order:

1) Suppressing all recorded telephone conversations disclosed by Government pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, and/or in the alternative;

2) Compelling an evidentiary hearing compelling the Government to provide substantiation as to all recorded telephone conversations, and/or;

3) For such other relief as the Court deems just and proper.

Dated: New York, New York
      April 22, 2013

                                        BUCKLEY LAW GROUP, P.A.

By:<u>/s/Michael B. Buckley/s/</u>
Michael B. Buckley (MB-7357)
Alan R. Levy (AL-0722)
225 Broadway, Suite 2600
New York, NY 10004
(212) 514-7400
f-(212) 514-7404
mbuckley@buckleylawgroup.com
*Attorneys for Defendant*

To:
Niketh V. Velamoor, Esq.
Assistant United State Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-1076
f-(212) 637-2620
Niketh.Velamoor@usdoj.gov