UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No: 1:12-CR-968(KMW)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LEONARD WOLF

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, LEONARD WOLF, by and through undersigned counsel, who respectfully requests this Honorable Court move to continue this matter. As grounds therefore, undersigned counsel would state the following:

1. This matter is set for Sentencing on January 12, 2015.
2. The sentencing in this matter is the subject of ongoing negotiations concerning possible restitution issues between the Government and the Defense. In view of the fact that additional time is needed to accomplish what will hopefully be a resolution with regard to some of the outstanding restitution owed in this matter, undersigned counsel has spoken to Assistant United States Attorney Nik Vellamoor and Assistant United States Attorney Jon Cohen who have agreed that it would be in the best interest of all the parties to have this matter continued to permit the furtherance of these ongoing discussions.
3. In addition to the foregoing, the psychologist retained by the Defense in this matter will be seeing the Defendant on Thursday, January 8, 2015 and will need additional time to complete her evaluation of Mr. Wolf regarding the issue of mitigation in this case pursuant to Title 18 United States Code Section 3553 (a). In the event that the conclusions of the psychologist are used by the defense at the time of sentencing, your undersigned would not have enough time to obtain a report from the psychologist prior to January 12, 2015 and disclose it to the prosecution.

4. The parties have all agreed that the psychologist's report should be completed by January 30, 2015.

5. In view of the foregoing, you undersigned requests this matter be continued to the week of March 9, 2015 for purposes of sentencing. The parties have conferred and have agreed that if this Honorable Court should grant this motion that any sentencing submission submitted by the Defense be submitted two (2) weeks prior to a new sentencing date and the Government's submission be submitted one (1) week prior to sentencing. This deadline would be consistent with this Honorable Courts individual practices.

WHEREFORE, based upon the foregoing, undersigned counsel respectfully requests that this instant Motion be GRANTED and that Mr. WOLF'S sentencing be set sometime on or after the week of March 9, 2015.

Respectfully submitted,

/S/ Michael B. Cohen
_____
MICHAEL B. COHEN, ESQ.
Florida Bar No: 210196

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CMECF E-Filing to all applicable parties on this 7th day of January 2015.

Respectfully submitted,

/S/ Michael B. Cohen
_____
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929